UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                         ORDER
                                                  09-CR-97

AYMAN ABDELLATIF,
                        Defendant.

---

        This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(A). On August 20, 2010, defendant filed a Motion to Suppress Evidence. On October 20, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion be granted in part and denied in part.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to suppress is granted in part and denied in part.

        SO ORDERED.

                                                  *s/ Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  UNITED STATES DISTRICT JUDGE

DATED: December 16, 2010